1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  GREGG W. LOWDER (CSBN 107864)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6960
7  Fax: (415) 436-7044

8  Attorneys for Plaintiff

**FILED**

JUN 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICKY HAWKINS, <br><br> Defendant. | No.   CR 06-0431 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 16, 2006 THROUGH JULY 5, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

On June 16, 2006, the parties appeared before the Honorable Maria-Elena James, United States Magistrate Judge, for initial appearance of the defendant on the indictment. The defendant was personally present. Elizabeth Falk, Assistant Federal Public Defender, appeared for David Fermino, Assistant Federal Public Defender, on behalf of the defendant. The United States was represented by Assistant United States Attorney Gregg W. Lowder.

The defense received new discovery from the government in Court today. The government attorney will be unavailable due to a pre-planned vacation schedule of approximately 10 days. For these reasons, the parties agreed and the Court ordered the matter be continued for initial appearance before the Honorable Maxine M. Chesney, United States District Court Judge, to July 5, 2006 @ 2:30 p.m.

The parties agree to exclude time from calculations under the Speedy Trial Act, 18 U.S.C.

Order re Speedy Trial Exclusion of Time
CR 06-0431 MMC

1  § 3161, from June 16, 2006 through July 5, 2006 in order allow reasonable time to effectively
2  prepare in light of the necessity of further discovery review, the need to investigate and prepare
3  for a detention hearing in this case and for continuity of government counsel, given counsel's
4  vacation schedule. The parties request the Court find and order that the time from June 16, 2006
5  through July 5, 2006 be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §
6  3161, for the above and following reasons:

7      1. The attorney for the defendant is continuing the process of reviewing initial discovery
8      from the government and to investigate for, and prepare for, a detention hearing; and the
9      attorney for the defendant believes that an exclusion of time from calculations under the
10     Speedy Trial Act is necessary to allow the defense to effectively prepare in light of these
11     facts and that the continuance and exclusion is in the defendant's best interests and is
12     with the defendant's knowledge and consent; and the attorney for the defendant agrees
13     that the exclusion of time from June 16, 2006 through July 5, 2006 is appropriate under
14     the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);

15     2. The defendant understands and joins in the request to exclude time from Speedy Trial
16     Act calculations from June 16, 2006 through July 5, 2006 for the reasons stated above;
17     and

18     3. The government agrees to the exclusion of time from Speedy Trial Act calculations for
19     the above reasons, and believes it is appropriate in light of his pre-planned vacation
20     schedule of approximately 10 days.

21     Given these circumstances, the Court orders an initial appearance before the Honorable
22 Maxine M. Chesney, United States District Court Judge, on July 5, 2006 at 2:30 p.m., and finds
23 and orders that for the above reasons and those orally stated in Court, including the need for
24 reasonable time to permit the defense effective preparation and for continuity of government
25 counsel, the ends of justice served by excluding from calculations the period June 16, 2006
26 through July 5, 2006 outweigh the best interests of the public and the defendant in a speedy trial,
27 pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(8)(B)(iv), and the time from June 16, 2006
28 ///

Order re Speedy Trial Exclusion of Time
CR 06-0431 MMC                       2

1  through July 5, 2006 is ordered excluded from calculations under the Speedy Trial Act, 18
2  U.S.C. § 3161.
3  **SO STIPULATED**:
4  DATED:___6/16/06_____          /S/ *Elizabeth M. Falk*
                                    ELIZABETH FALK
5                                   DAVID FERMINO
                                    Attorneys for Defendant
6
7
   DATED:___6/16/06___
8                                   GREGG W. LOWDER
                                    Assistant United States Attorney
9
   **IT IS SO ORDERED**.
10
11 DATED: 6/19/06
                                    ~~MARIA-ELENA JAMES~~ NANDOR VADAS
12                                  United States Magistrate Judge

Order re Speedy Trial Exclusion of Time
CR 06-0431 MMC                          3