BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant HAWKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RICKY HAWKINS,<br><br>            Defendant. | No. CR 06-0431 MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF SENTENCING DATE**<br><br>Date:  January 31, 2006<br>Time:  2:30 p.m.<br>Court:  The Honorable Maxine M. Chesney |

The parties hereby stipulate and agree as follows:

  1.  Defendant Ricky Hawkins hereby respectfully requests from the Court a continuance of his sentencing date;

  2.  The reasons for the request is primarily due to information that was included in the final Presentence report regarding prior arrests, which Mr. Hawkins has not had an opportunity to respond to. A large amount of information was added to the final Presentence report that was not in the original report. As such, Mr. Hawkins has not had an opportunity to review that material with counsel and respond to it. He would like that opportunity;

  3.  Since the final Presentence Report has been available, counsel for Mr. Hawkins

CR 06-431 MMC  Stipulation Continue
Sentencing                                               1

has been in trial in the matter of *U.S. v. Quan*, 04-323 WBS.  The week of January 16-19, counsel was in trial 8:30-4:30 each day (except for Friday January 19, when trial ended at aproximately 3:00 p.m.).  Last week, counsel was in trial three days, January 24-26, as well as a half day on January 23, 2007.  This is the reason counsel has not had an opportunity to discuss the changes in the Presentence Report with Mr. Hawkins;

4. The Probation Officer, David Ackerman, has been contacted about the change in sentencing date, and has no objection to a sentencing date of February 20, 2007;

5. The United States Attorney's Office has no objection to a continuance of the sentencing date to February 20, 2007;

6. Counsel for Mr. Hawkins is actively in trial every Tuesday afternoon between 1:30 and 3:00 for evidentiary and *in limine* matters, as well as every Wednesday, Thursday, and Friday between 8:30 a.m. and 4:30 p.m. between now and an estimated end date of April 15, 2007.  To ensure sentencing occurs prior to April 15, 2007, defense counsel respectfully request a special appearance for Mr. Hawkins' sentencing.  Counsel is available all day on Mondays and in the morning on Tuesdays.  The parties jointly propose a date of Tuesday, February 20, 2006, at 10:00 a.m. for the sentencing;

7. For the aforementioned reasons, the parties respectfully stipulate to and request a continuance of the sentencing date in this matter to February 20, 2006, at 10:00 a.m.

Dated: January 29, 2007

_____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

_____/S/_____
GREGG LOWDER
Assistant United States Attorney

CR 06-431 MMC   Stipulation Continue Sentencing          2

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this e-filed document.
3
4                                        [PROPOSED] ORDER
5          For the reasons stated in the stipulation filed herewith, the sentencing of defendant Ricky
6  Hawkins is hereby continued to Tuesday, February 20, 2007 at _____10:00_____ a.m.
7  IT IS SO ORDERED
8  Dated: January __30__ 2007
9                                                          _____
                                                            THE HONORABLE MAXINE M. CHESNEY
10                                                          UNITED STATES DISTRICT JUDGE

CR 06-431 MMC  Stipulation Continue
Sentencing                                           3